IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EARNEST SCOTT, Jr., | : |
|     Plaintiff | : |
|     v. | : Case No. 3:22-cv-52-KAP |
| PENNSYLVANIA DEPARTMENT OF | : |
| CORRECTIONS, *et al.*, | : |
|     Defendants | : |

<u>Memorandum Order</u>

Plaintiff's second motion to reconsider, ECF no. 62, is denied. As I advised plaintiff on September 18, 2023 at ECF no. 53, the denial of the motion to amend the complaint as proposed in the exhibit attached to the motion at ECF no. 45 is without prejudice to filing a new complaint against the proposed new defendants.

Some confusion may have been caused to the plaintiff because my previous denial of his previous motion to reconsider, *see* ECF no. 60, denying ECF no. 56, was misdated: I ruled on the previous motion to reconsider on October 2, 2023 and used the previous order denying the motion to amend as a template, but neglected to change the date from September 18, 2023.

Per my amendment of the pretrial schedule on October 2, 2023 at ECF no. 60, the next step is the filing of motions for summary judgment, due on or before November 3, 2023, with responses due December 3, 2023.

DATE: October 11, 2023

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record and by U.S. Mail to:

    Earnest Scott, Jr. ND-3773
    S.C.I. Houtzdale
    P.O. Box 1000
    Houtzdale, PA 16698