IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EARNEST SCOTT, Jr., : | |
|     Plaintiff : | |
|     v. : | Case No. 3:22-cv-52-KAP |
| PENNSYLVANIA DEPARTMENT OF : | |
| CORRECTIONS, *et al.*, : | |
|     Defendants : | |

## Memorandum Order

    Plaintiff's motion for reconsideration, ECF no. 77, is denied. In my previous order I referred to the motion at ECF no. 71 being followed by 161 pages of exhibits. That was supplemented by the additional 100 pages of exhibits that trickled in at ECF no. 72 and ECF no. 73. *Pro se* litigants are allowed leeway where the detail of their pleadings suggests but does not state a claim with the precision expected from counsel, but plaintiff in his initial motion and here presents what I have found to be the more typical problem with *pro se* litigants, that is sending, once the pleading stage is completed, reams of raw material with the expectation that the court will act as their paralegal or advocate.

    The parties shall proceed to filing their pretrial statements on the schedule previously ordered.

DATE:  December 15, 2023

                                         Keith A. Pesto,
                                         United States Magistrate Judge

Notice by ECF to counsel of record and by U.S. Mail to:

    Earnest Scott, Jr. ND-3773
    S.C.I. Houtzdale
    P.O. Box 1000
    Houtzdale, PA 16698